## FOURTH DISTRICT.

**May Humpler, appellant, v. John Yarbrough, Jr., appellee.**
Action by former wife against her ex-husband to recover for support of children. Judgment for defendant. Appeal from the Circuit Court of Fayette county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed July 16, 1918. Rehearing denied October 24, 1918.
F. M. Guinn, for appellant. Albert & Albert and Arthur Roe, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

**Mary L. Horner, plaintiff in error, v. A. H. Bachmann et al., defendants in error.**
Bill to set aside dissolution of corporation and conveyance of its property and to recover money. Bill dismissed. Error to the Circuit Court of St. Clair county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 16, 1918. Rehearing denied October 24, 1918.
Winkelmann & Ogle and R. W. Ropiequet, for plaintiff in error.
C. E. Chamberlin and Schaefer & Kruger, for defendants in error.
Mr. Justice McBride delivered the opinion of the court.

**Sallie G. Owens, plaintiff in error, v. Charles L. McMackin, defendant in error.**
Action for misuse of legal process in attempting to have plaintiff declared insane. Judgment for defendant. Error to the Circuit Court of Marion county; the Hon. Albert M. Rose, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.
Sallie G. Owens, *pro se.* Frank F. Noleman and June C. Smith, for defendant in error.
Mr. Presiding Justice Boggs delivered the opinion of the court.

**Ale Rose, appellee, v. Martha F. Frailey, appellant.**
Action to recover value of corn taken by defendant from land leased by plaintiff from defendant and for value of corn destroyed by latter's hogs. Judgment for plaintiff. Appeal from the Circuit Court of Hardin county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.
W. A. Rittenhouse, Richard F. Taylor and John C. Oxford, for appellant. James E. Denton, James A. Watson and J. Q. A. Ledbetter, for appellee.
Mr. Presiding Justice Boggs delivered the opinion of the court.